UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB SLIVAR,<br><br>      Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY AND DOES 1 through 99, inclusive,<br><br>      Defendants. | Case No. CV 18-9585-GW(RAOx)<br><br>[Hon. George Wu]<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES |

      Based on the stipulation of all parties through their respective counsel of record herein, the Court hereby dismisses the above captioned action with prejudice based on the representation to the Court by all parties that the matter has settled in its entirety.

Date: November 27, 2018

_____
GEORGE H. WU, U.S. District Judge

1